**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LAURA DAWSON, | : | DOCKET NO. 3:25-cv-210 |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CORRECTION, | : | |
| *Defendant* | : | February 11, 2025 |

**NOTICE OF REMOVAL**

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:**

1.       An action was commenced against the above-captioned Defendant in the Judicial District of New London, entitled *Laura Dawson v. State of Connecticut, Department of Correction* bearing a return date of February 25, 2025.

2.       The Summons and Complaint were served on Defendant on January 13, 2025, bearing a Return Date of February 25, 2025.

3.       The undersigned filed her appearance in the state court matter on February 11, 2025.

4.       In the five count Complaint, the Plaintiff alleges that the Defendant discriminated against the Plaintiff because of her sex in violation of Conn. Gen. Stat. §46a-60(b)(1) (Complaint Count One) and Title VII of the Civil Rights Act (Complaint Count Two), pregnancy discrimination in violation of Conn. Gen. Stat. § 46a-60(b)(7) (Complaint Count Three) and Americans with Disabilities Act, 42 U.S.C. Chapter 21g § 2000gg (Complaint Count Four), and retaliation in violation of Conn. Gen. Stat. § 46a-60(b)(4) (Complaint Count Five).

1

5.    In her Prayer for Relief, the Plaintiff seeks economic damages, "including back pay and front pay," "attorney's fees and costs," and "such other remedies as available under law and/or equity."

6.    Because the Complaint involves federal questions founded on claims or rights arising under the U.S. Constitution, treaties or laws of the United States, over which the district courts have original jurisdiction, this matter is removable pursuant to Title 28 U.S.C. § 1441(a) through (c).

7.    The Defendant files herewith a copy of the Complaint which was served upon it.

**WHEREFORE**, pursuant to Title 28 U.S.C. § 1446, the undersigned Defendant respectfully requests that the above-referenced action now pending against it in the Superior Court of Connecticut, Judicial District of New London, be removed there from to the United States District Court for the District of Connecticut for all future proceedings.

DEFENDANT

STATE OF CONNECTICUT,
DEPARTMENT OF CORRECTION

WILLIAM TONG
ATTORNEY GENERAL


By:/s/ *Uswah Khan*
    Uswah Khan
    Assistant Attorney General
    Employment Section
    165 Capitol Avenue, Suite 5000
    Hartford, CT 06106
    Tel:  (860) 808-5340
    Fax: (860) 808-5383
    E-mail: Uswah.Khan@ct.gov
    Federal Bar # ct26991

**<u>CERTIFICATION</u>**

I hereby certify that on February 11, 2025, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Uswah Khan*
Uswah Khan (#ct26991)
Assistant Attorney General

3